UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

REBECCA M. MIXON,

                          Plaintiff,

        v.

MICHAEL J. ASTRUE, Commissioner of
Social Security,

                          Defendant.

Case No. 3:11-cv-05968-RBL-KLS

ORDER AFFIRMING DEFENDANT'S
DECISION TO DENY BENEFITS

    The Court, having reviewed plaintiff's complaint, the Report and Recommendation of

Judge Karen L. Strombom, United States Magistrate Judge, and objections to the report and

recommendation, if any, and the remaining record, does hereby find and ORDER:

    (1)    the Court adopts the Report and Recommendation;

    (2)    the administrative decision is AFFIRMED;

    (3)    the Clerk is directed to send copies of this Order to plaintiff's counsel, defendant's

           counsel and Magistrate Judge Karen L. Strombom.

    DATED this 1st day of November, 2012.


                                                    _____
                                                    Ronald B. Leighton
                                                    United States District Judge

ORDER - 1